

# THE COMMONWEALTH OF MASSACHUSETTS
# OFFICE OF THE ATTORNEY GENERAL
ONE ASHBURTON PLACE
BOSTON, MASSACHUSETTS 02108

**MAURA HEALEY**
**ATTORNEY GENERAL**

(617) 727-2200
(617) 727-4765 TTY
www.mass.gov/ago

Attorney Gabriel Dumont
Dumont, Morris And Burke, P.C.
141 Tremont Street, Suite 500
Boston, MA  02111

July 17, 2019

RE:   Douglas Anderson, Steven Bonarrigo, Justin Brady, Daniel Caplette, Kenneth Carusso, James C. Crowley, Arthur Davis, Barry Dorion, Diana Grygo, David Hughes, Peter Kares, James Lavey, Sherwin Marcelle, Susan Margaca, Dan Martinez, Brian Moore, James W. Mulrey, John Nagaki-Dilazzaro, Jeremy Ogungbadero, Karen O'Leary, Bryan Phillips, Joseph Polish, Cory Prendergast, John Price, Mikaela Puopolo, Tracy Quigg, Michael T. Quigg, Brendan Ritchie, Christopher Royle, Brian Salmon, David Skinner, Jeremy Smith, Joseph St. Croix, John Tammaro, Gary Thompson and Brian Weathers
  Request for Private Right of Action against Martin Sports & Entertainment

Dear Attorney Dumont:

Thank you for contacting the Office of the Attorney General's Fair Labor Division.

Massachusetts General Laws Chapter 149, § 150, and Chapter 151, §§ 1B and 20 establish a private right of action for employees who believe they are victims of certain violations of the state wage laws.

This letter is to inform you that we are authorizing you to pursue this matter through a private civil lawsuit.  If you elect to sue in civil court, you may bring an action on your own or your clients' behalf, and on behalf of other similarly situated workers.

This office will not pursue an investigation or enforcement at this time.

Sincerely,

Fair Labor Division
Office of Attorney General Maura Healey
(617) 727-3465