*Agreement between IATSE Local 11 and* **Martin Sports**
**2019**

# CONTRACT

Between

*Martin Sports*

And

The International Alliance of Theatrical Stage Employees,
Moving Picture Technicians, Artists and Allied Crafts
I.A.T.S.E. LOCAL 11

1

*Agreement between IATSE Local 11 and* **Martin Sports**
**2019**

## 1. Recognition

The Employer recognizes the Union as the representative for purposes of collective bargaining with respect to rates of pay, hours of employment, and other conditions of employment only of all persons referred to the Employer pursuant to Article 2 of this Agreement to perform covered work, as described in Article 2.

## 2. Scope and Jurisdiction

This agreement shall cover, apply to, and include, all work done by the Employer at facilities within the territorial jurisdiction of the Union in the installing, assembling, erecting, application, dismantling, maintenance, repair, handling, placement, or operation of all electronic, portable electrical and sound equipment devices, slide projection, laser equipment, liquid projection, and all other types of theatrical effects, apparatus and effects and all scenery, drops, travelers, trusses, scaffolding, steel work, properties, decorations, displays or other staging or theatrical accessories and effects and description for use in the production. All such work shall be done only by employees of the Employer under the jurisdiction of the Union. This contract shall specifically exclude all other work performed by the Employer, including, but not limited to, electrical panel manufacturers, cable manufacturers, computer equipment assemblers and support services manufacturing, materials management employees, janitorial employees, CAD operators, programmers, engineers, shipping and receiving employees, and shall also exclude all employees that the Employer may hire to complete work not specifically listed above.

## 3. Hiring

When the need arises for work to be performed that falls within the Union's jurisdiction as provided by this Agreement, the Employer will notify the Union as soon as possible of the number of employees needed to work. The Union shall refer competent employees to fill the call and shall give the Employer notice as early as possible if it is unable to fill the call. The Employer shall then have the right to hire employees from any source, including individuals not represented by the Union to perform whatever work the Union is unable to perform. In addition, the Employer may, with just cause, reject or direct the Union not to call particular individuals whom the Employer determines to be unacceptable, and may request that the Union refer particular individuals if available.

## 4. Conditions

1. The minimum daily work call shall be no less than eight (8) consecutive hours.

2. No rate shall exceed two (2) times the base rate, except where government regulations are different.

3. "Base rate" = straight time rate.

*Agreement between IATSE Local 11 and* **Martin Sports**
**2019**

4. The work week will consist of Monday through Saturday till 5:00 p.m. Any work performed after eight (8) hours in a day, or after forty (40) straight time hours worked, will be paid at the rate of one and one-half times the base rate.

5. SATURDAY CLAUSE: Work performed after 5:00 p.m. will be paid at one and one-half times the base rate.

6. SUNDAY & HOLIDAY CLAUSE: All work performed will be paid at one and one-half times the applicable hourly rate.

7. All work beginning or performed between the hours of Midnight to 8:00 a.m. will be paid at two (2) times the base rate.

8. Work beginning prior to 6:00 a.m. will be paid at the rate of two (2) times the base rate, and will remain at two (2) times the base rate until an eight (8) hour break is called.

9. If workers are laid off and called back before a rest period of eight (8) hours has elapsed, two (2) times the base rate will be paid until a rest period of eight (8) hours is called.

10. FRACTIONS OF AN HOUR: Fractions of an hour shall constitute one (1) hour. However, when working on the hourly rate, the call may begin on the half-hour or on the hour and must end on the corresponding half-hour or hour.

11. HOLIDAYS: The following days (as determined by the Massachusetts Legislature) shall be recognized under this agreement as legal holidays, and work performed on those days shall be paid as per local contract: New Year's Day, Presidents' Day, Patriots' Day, Memorial Day, Independence Day, Labor Day, Columbus Day, Thanksgiving, Christmas, Veterans' Day.

### 5. Meals

1. A one hour meal period must be given no less than three (3) hours nor more than five (5) hours from the original call of the day, or the last meal period.

2. If no meal period is granted, the employees shall be paid one (1) hour at the base rate and one (1) hour at the prevailing rate for each hour worked until a meal period is given or a meal is provided.

3. In lieu of a one (1) hour meal break, the employer may provide a substantial meal, in which case the employees will suffer no loss of time on the payroll.

*Agreement between IATSE Local 11 and* **Martin Sports**
**2019**

4. If the employees are broken for one (1) hour for the second meal of the day, they shall receive a three (3) hour minimum call when they return to work.

Dated this ___8th___ day of ___May___, 20_19_

By and between the International Alliance of Theatrical Stage Employees, Moving Picture Technicians, Artists and Allied Crafts of the United States, Its Territories and Canada, and Martin Sports.

FOR:  FOR:
The International Alliance of
Theatrical Stage Employees and
M.P.T., A. & A. C. of the United
States, Its Territories and Canada

_[signature]_
...I.T.S.E. LOCAL 11

_[signature]_
Employer Martin Sports

(1) The Employer agrees to pay not less than the following schedule of wages for the work performed:

SEE ATTACHED RATES, BENEFITS, AND SIGNATURE PAGES

*Agreement between IATSE Local 11 and* **Martin Sports**
**2019**

## ADDENDUM

HOURLY RATES: The following are hourly rates currently effective as of 1/1/2019.

Head of Department/Working Steward:

    Base Rate                                          $40.58                    @ Hr.

Extra Men:

    Base Rate                                           $34.09                    @ Hr.

Board, Camera, Projection or Lift Operators/Rigging/Construction:

    Base Rate                                           $40.58                    @ Hr.

PERFORMANCE/MEETING RATES:
    Head of Department/Working Steward/Camera-Projection Operators:
        Base Rate                                   $151.27
    Extra Men:
        Base Rate                                   $138.93

BENEFITS:
VACATION: Vacation wages will be calculated on all hourly and performance wages and shall be added to each employees pay. Vacation wages will be paid at a rate of eight (8%) percent of the total of all hourly and performance wages earned.

PENSION, HEALTH ANNUITY (401k) AND JACET FUND BENEFITS:
Employer contributions to the Pension, Health and Annuity (401k) AND JACET Funds are calculated at the following rates ON **ALL HOURLY, PERFORMANCE AND VACATION WAGES:**

| | | |
|---|---|---|
| Pension Fund: | Twelve percent | (12%) |
| Health Fund: | Twelve percent | (12%) |
| Annuity Fund: | Three percent | (3%) |
| Joint Apprentice Committee Educational Trust Fund: | One percent | (1%) |

Pension Fund contributions shall be compiled and paid separately by check payable to: I.A.T.S.E., Local #11, Pension Fund, and shall be mailed to the Fund Office (below). Local #11 warrants and represents that the Pension Fund has been qualified as a tax exempt fund under the provisions of the Internal Revenue code and is administered jointly by Trustees appointed by Management and the Union.

5

*Agreement between IATSE Local 11 and* **Martin Sports**
2019

Annuity Fund contributions shall be compiled and paid separately by check payable to: I.A.T.S.E., Local #11 Annuity Fund, and shall be mailed to the Fund Office (below). The Annuity Fund has been established pursuant to an Agreement and Declaration of Trust ("Trust Agreement") entered into by the Union and shall be maintained in compliance with all applicable provisions of law.

The Employer agrees to contribute to the IATSE Local #11 Joint Apprentice Committee Educational Trust (JACET) Fund an amount equal to 1% of the gross weekly wages of all employees covered by this Agreement. The JACET contributions shall be compiled and paid separately by check payable to: I.A.T.S.E., Local #11, JACET Fund, and shall be mailed to the Fund Office (below). This payment shall be forwarded to the Union each week by check made payable to the IATSE Local #11 JACET Fund.

ANNUITY (401k) FUND VOLUNTARY WAGE DEDUCTIONS:
The Local 11 Annuity Fund office will provide a current list of persons who have requested voluntary tax sheltered annuity (section 401k) wage deferrals prior to the event. Wages deferred under the 401k plan should be forwarded to the Annuity Fund at the address listed below.

**I.A.T.S.E. Local 11 Fund Office at 152 Old Colony Ave, South Boston, MA, 02127**

HEALTH FUND CONTIBUTIONS:
Employer must sign Participation Agreement for payment of benefits to the **IATSE NATIONAL HEALTH AND WELFARE FUND** and submit appropriate payment with remittance forms to the Fund Office at **P O BOX 11944, Newark, NJ 07101-4944.**

METHOD OF PAYMENT: Local #11 will present a consolidated bill to the producing company who may choose to use a payroll company if no payroll company is chosen payment should be made to each individual employee. Local #11 will distribute such payment if so desired but persons employed are not employees of the Local. If requested, Local #11 will provide social security numbers and/or W-4 forms on the job. Local #11 can recommend an area based payroll Service Company. Payment must be received no later than 10 days from receipt of final invoice. Delinquent payments subject to a fee based on 1.5 % of total gross wages per each day of delinquency.

CHECK-OFF: There shall be a sum equal to five percent (5%) deducted from each person's gross wages and such monies shall be made payable by check to: **I.A.T.S.E., Local #11** and forwarded to:

**I.A.T.S.E. Local 11 Fund Office at 152 Old Colony Ave, South Boston, MA, 02127**

The Union states and affirms that all persons covered by the terms of this agreement have authorized the deduction of such money and that it has on file signed authorization to do same and can produce same if requested to do so.
AGREED: *(signature)*
I.A.T.S.E. Local 11

AGREED: *(signature)*
Employer: Martin Sports

6

*Agreement between IATSE Local 11 and* **Martin Sports**
**2019**

IATSE NATIONAL ~~PENSION~~, NATIONAL HEALTH & WELFARE, ~~ANNUITY, VACATION~~ AND 401(k) FUNDS

### Trust Acceptance Agreement

The IATSE or the IATSE Local named below (the "Union") and the Employer named below agree as follows regarding benefits to the Pension, Health & Welfare, Annuity, Vacation and/or 401(k) Fund, respectively and individually as specified below, for employees covered by the Collective Bargaining Agreement ("CBA") between them:

1. **Trust Agreement (check off all applicable Funds per the terms of the CBA):**

   Employer agrees to be bound by all of the terms and provisions of :

   ☐ a. **PENSION:** The Agreement and Declaration of Trust (the *"National Pension Fund Trust Agreement"*) establishing the IATSE National Pension Fund (the *"National Pension Fund"*) dated May 31, 1957, as restated December 11, 2001, and as amended, and the National Pension Fund's Statement of Policy and Procedures for Collection of Contributions Payable by Employers (the "National Pension Fund Collection Guidelines")

   X b. **HEALTH & WELFARE:** The Agreement and Declaration of Trust (the *"Welfare Fund Trust Agreement"*) establishing the IATSE National Health and Welfare Fund (the *"Welfare Fund"*) dated June 18, 1973, as restated September 22, 2005, and as amended, and the Welfare Fund's Statement of Policy and Procedures for Collection of Contributions Payable by Employers (the "Welfare Fund Collection Guidelines")

   ☐ c. **ANNUITY:** The Agreement and Declaration of Trust (the *"Annuity Fund Trust Agreement"*) establishing the IATSE Annuity Fund (the *"Annuity Fund"*) dated September 21, 1973, as restated August 1, 1984 and February 1, 1995, and as amended, and the Annuity Fund's Statement of Policy and Procedures for Collection of Contributions Payable by Employers (the "Annuity Fund Collection Guidelines")

   ☐ d. **VACATION:** The Agreement and Declaration of Trust (the *"Vacation Fund Trust Agreement"*) establishing the IATSE National Vacation Fund (the *"Vacation Fund"*) dated October 25, 1973, as restated October 1, 1983 and April 1, 1997, and as amended, and the Vacation Fund's Statement of Policy and Procedures for Collection of Contributions Payable by Employers (the "Vacation Fund Collection Guidelines")

   ☐ e. **401(K):** The Agreement and Declaration of Trust (the *"Trust Agreement"*) establishing the IATSE 401(k) Fund (the *"401(k) Fund"*) dated March 6, 2002, as amended, and the 401(k) Fund's Statement of Policy and Procedures for Collection of Contributions Payable by Employers (the "401(k) Fund Collection Guidelines")

   Employer also agrees to be represented in the administration of the National Pension Fund, the Welfare Fund, the Annuity Fund, the Vacation Fund and/or the 401(k) Fund, respectively as specified above, by the Employer Trustees therein named or by their successors.

2. **Computation of Contributions**

   Commencing with the effective date for contributions under the CBA between the Union and Employer, and continuing through any renewals, extensions or amendments thereof, Employer agrees to contribute the sums specified in the CBA to the National Pension Fund, the Welfare Fund, the Annuity Fund, the Vacation Fund and/or the 401(k) Fund, as applicable, for each and every employee whose position is covered by that Agreement.

3. **Payment of Contributions**

   Payment of contributions as required above shall be made by check payable to the "IATSE National Pension Fund," the "IATSE National Health & Welfare Fund," the "IATSE Annuity Fund," or the "IATSE 401(k) Fund," and must be received in the appropriate Fund Office not later than: **For Weekly Contributors,** the end of the week following the week of employment; OR, **For Monthly Contributors,** the 10th day of each month following the month of employment. Each payment of contributions shall be accompanied by a Remittance Report in the form supplied by the applicable Funds.

   Check One:   ☐ Monthly Contributor
   
   X Weekly Contributor

   ☐ _____ *(If CBA provides a different due date than set forth above, indicate due date here)*

7

*Agreement between IATSE Local 11 and* **Martin Sports**
**2019**

→ **Note**: Any 401(k) contributions, whether to the stand-alone 401(k) Fund or the deferral feature of the Annuity Fund must be received by **no later than the 15th of the month following the month in which the work was performed** and the deductions withheld.
→ **Note**: For the purposes of Pension vesting, Employers **must** report the **number of days worked** regardless of the basis of Pension contributions.
→

> Please refer to the Contributions & Collections Handbook for more information on submission of contributions, refunds, interest, etc.

4. **Records**
Employer agrees to maintain and make available to the Union, the Trustees or one or more of their designees for inspection and verification all of its records covering such employment in accordance with the Trust Agreements and the National Pension Fund, Welfare Fund, Annuity Fund, Vacation Fund and/or 401(k) Funds' Collection Guidelines, as applicable herein.

5. **IRS Compliance**
The Pension, Health & Welfare, Annuity, Vacation and 401(k) Plans adopted by the Trustees shall comply with the requirements of the Internal Revenue Code so as to enable Employer to treat contributions to the National Pension Fund, the Welfare Fund, the Annuity Fund, and the 401(k) Fund as a deduction for income tax purposes.

6. **Terms of the CBA**
If not already attached to this Trust Acceptance, a copy of the current CBA will be provided by the Employer upon request by the Funds Office. This Trust Acceptance Agreement shall continue in full force and effect until the parties sign a successor CBA that supersedes the current contribution rates, in which case the parties shall be required to sign a new Trust Acceptance Agreement and submit it to the appropriate Fund Office[s] for all Funds affected. Should the parties (i) fail to sign an extension agreement but continue performance of the CBA after its expiration date, or (ii) sign a renewal, extension or amendment of the CBA that does not change the current contribution rates, this Trust Acceptance Agreement shall automatically be deemed extended thereby unless written notice to the contrary is received by the National Pension Fund, the Welfare Fund, the Annuity Fund, the Vacation Fund and/or the 401(k) Fund, as applicable herein.

7. **TERM OF CONTRACT:** 2019

8. **TYPE OF CONTRACT:** Area Standards

9. **CONTRIBUTION RATES (Please complete for all applicable Funds):**

**PENSION  N/A**

**HEALTH & WELFARE**

To Which Health & Welfare Plan Are You Contributing (Check One):
☐ Health & Welfare **Plan A** (Note that Plan A has minimum daily rates)
X  Health & Welfare **Plan C**

| FROM | TO | % or $ | AMOUNT | (%) OF * | ($) PER * | | MINIMUM | MAXIMUM |
|------|----|----|--------|----------|-----------|---|---------|---------|
|      |    | 12% |        | X Gross<br>☐ Scale | X Hour<br>☐ Day Mtg | ☐ Shift<br>X Perf & |  |  |
|      |    |     |        | ☐ Gross<br>☐ Scale | ☐ Hour<br>☐ Day | ☐ Shift<br>☐ |  |  |

* If percent (%), please check off whether percent of **gross** or **scale** earnings.
If dollar amount ($), please check off whether per **hour**, per **day** or per **shift**. If Other, please specify.

**ANNUITY  N/A**

8

*Agreement between IATSE Local 11 and* **Martin Sports**
2019

**VACATION N/A**

The parties hereto agree to the above provisions numbered 1-9:

**FOR IATSE or IATSE Local #** 11      *(Fill in applicable union Local #)*:

By: _____*Colleen Glynn*_____       Business Manager
    Colleen A. Glynn

Date: _____5.9, 20 19_____

**FOR EMPLOYER:**

Martin Sports Productions                    26-2148046
P.O. Box 252084 West Bloomfield MI 48325     (Employer Federal Tax ID No.)
                                             248 622 5811
(Area Code/Telephone No.)                    (Area Code/Fax No.)

By: ___*[signature]*___    V.P.    ___*Therese Martin*___
   (Signature of Authorized Officer)  (Title)   (Print Name)

Date: 5.8.19

**PAYROLL COMPANY (Optional)** ✓ Yes

AMERICAN RESIDUALS & TALENT, INC.    Mary Jane Beatty or Emily Erskine
(Payroll Company)                    (Name of Contact Person)

26 Gregs Way                         Tamsworth, NH 03886
(Address)                            (City, State, Zip)

603-367-9955                         603-367-9941
(Area Code/Telephone No.)            (Area Code/Fax No.)

9