

```
**************************************
* INVOICE        542503    05/20/2019 * PAGE
**************************************   1
MARTIN SPORTS & ENTERTAINMENT LLC
BRUINS FANFEST 2019 - MSELLC06
CREW PAYMENT


            IATSE LOCAL 11, THEATRICAL STAGE EMPLOYEES JURISDICTION
                                CREW WORK
                                 - - - -
        WEEK ENDING 05/11/2019 AT HURRICANES AT THE GARDEN IN MASSACHUSETTS
                                CREW WORK
               PAID UNDER THEATRICAL/COMMERCIAL/TRADESHOW CONTRACT
                               STAGEHAND
_____

001 MARCELLE, SHERWIN
    05/09 THU   8.00 HOUR(S) STRAIGHT    @    34.090         272.72
    05/09 THU VACATION PAY                              21.82 =     294.54
    8% HANDLING FEE                                              23.56
    20% PAYROLL TAX FEE                                          58.91
    28% PENSION & ANNUITY                                        82.47 =     459.48
_____

002 RITCHIE, BRENDAN G.
                                                                   =     459.48
_____

003 STCROIX, JOSEPH
                                                                   =     459.48
_____

                                STEWARD
_____

004 PRICE, JOHN C.
    05/09 THU   8.00 HOUR(S) STRAIGHT    @    40.580         324.64
    05/09 THU VACATION PAY                              25.97 =     350.61
    8% HANDLING FEE                                              28.05
    20% PAYROLL TAX FEE                                          70.12
    28% PENSION & ANNUITY                                        98.17 =     546.95
_____

                               STAGEHAND
_____

005 BONARRIGO, STEVEN
    05/09 THU   6.00 HOUR(S) STRAIGHT    @    34.090         204.54
    05/09 THU   2.00 HOUR(S) DOUBLE TIME @    68.180         136.36
    05/09 THU VACATION PAY                              27.27 =     368.17
    8% HANDLING FEE                                              29.45
    20% PAYROLL TAX FEE                                          73.63
    28% PENSION & ANNUITY                                       103.09 =     574.34
_____

006 PRICE, JOHN C.
                                                                   =     574.34
```

```
**************************************
* INVOICE       542503    05/20/2019 * PAGE
**************************************   2
MARTIN SPORTS & ENTERTAINMENT LLC
BRUINS FANFEST 2019 - MSELLC06
CREW PAYMENT
```



```
_____

007 PUOPOLO, MIKAELA
                                                              =      574.34
_____

                                STEWARD
_____

008 QUIGG, TRACY T.
    05/09 THU   6.00 HOUR(S) STRAIGHT    @    40.580      243.48
    05/09 THU   2.00 HOUR(S) DOUBLE TIME @    81.160      162.32
    05/09 THU VACATION PAY                            32.46 =      438.26
    8% HANDLING FEE                                         35.06
    20% PAYROLL TAX FEE                                     87.65
    28% PENSION & ANNUITY                                  122.71 =      683.68
_____

                                STAGEHAND
_____

009 CAPLETTE, DANIEL R.
    05/09 THU  14.00 HOUR(S) STRAIGHT    @    34.090      477.26
    05/09 THU   2.00 HOUR(S) DOUBLE TIME @    68.180      136.36
    05/09 THU VACATION PAY                            49.09 =      662.71
    8% HANDLING FEE                                         53.02
    20% PAYROLL TAX FEE                                    132.54
    28% PENSION & ANNUITY                                  185.56 =    1,033.83
_____

010 LAVEY, JAMES B.
                                                              =    1,033.83
_____

011 PHILLIPS, BRYAN
                                                              =    1,033.83
_____

012 PRENDERGAST, COREY R.
                                                              =    1,033.83
_____

013 TAMMARO, JOHN
                                                              =    1,033.83
_____

014 THOMPSON JR., GARY T.
                                                              =    1,033.83
```

```
**************************************
*  INVOICE        542503    05/20/2019 * PAGE
**************************************    3
MARTIN SPORTS & ENTERTAINMENT LLC
BRUINS FANFEST 2019 - MSELLC06
CREW PAYMENT
```



```
_____

                    WEEK ENDING 05/18/2019
_____

015 ANDERSON, DOUGLAS C.
    05/12 SUN   8.00 HOUR(S) TIME & HALF @   51.135         409.08
    05/12 SUN VACATION PAY                           32.73 =    441.81
    8% HANDLING FEE                                            35.34
    20% PAYROLL TAX FEE                                        88.36
    28% PENSION & ANNUITY                                     123.71 =     689.22
_____

016 CAPLETTE, DANIEL R.
                                                                  =     689.22
_____

017 CARUSO, KENNETH
                                                                  =     689.22
_____

018 DAVIS, ARTHUR
                                                                  =     689.22
_____

019 MARGACA, SUSAN
                                                                  =     689.22
_____

020 MARTINEZ, DAN
                                                                  =     689.22
_____

021 MOORE, BRIAN A.
                                                                  =     689.22
_____

022 POLISH, JOSEPH
                                                                  =     689.22
_____

023 PRENDERGAST, COREY R.
                                                                  =     689.22
_____

024 ROYLE, CHRISTOPHER
                                                                  =     689.22
```



```
**************************************
* INVOICE        542503    05/20/2019 * PAGE
**************************************    4
MARTIN SPORTS & ENTERTAINMENT LLC
BRUINS FANFEST 2019 - MSELLC06
CREW PAYMENT
```

_____

```
025 SKINNER, DAVID
                                                           =       689.22
```
_____

```
026 WEATHERS, BRIAN
                                                           =       689.22
```
_____

```
027 DORION, BARRY
    05/12 SUN  16.00 HOUR(S) TIME & HALF @    51.135         818.16
    05/12 SUN VACATION PAY                             65.45 =    883.61
    8% HANDLING FEE                                             70.69
    20% PAYROLL TAX FEE                                        176.72
    28% PENSION & ANNUITY                                      247.41 =  1,378.43
```
_____

```
028 HUGHES, DAVID
                                                           =     1,378.43
```
_____

```
029 MULREY III, JAMES W.
                                                           =     1,378.43
```
_____

                                    STEWARD
_____

```
030 QUIGG, TRACY T.
    05/12 SUN  16.00 HOUR(S) TIME & HALF @    60.870         973.92
    05/12 SUN VACATION PAY                             77.91 =  1,051.83
    8% HANDLING FEE                                             84.15
    20% PAYROLL TAX FEE                                        210.37
    28% PENSION & ANNUITY                                      294.51 =  1,640.86
```
_____

```
Invoices due upon receipt. To avoid union or labor related penalties
A.R.T. must receive payment by: 05/15/2019

    Wages       Agt.      Misc.    Benefit    Handling Fee   Tax Fee
_____

   15,757.64    0.00       0.00    4,412.18     1,260.56    3,151.48      24,581.86


       [MSELLC0000X]
       THERESA MARTIN
       MARTIN SPORTS & ENTERTAINMENT LLC                         _____
       P.O. BOX 252084                               Pay this
       WEST BLOOMFIELD, MI 48325                 >>>> Total   $    24,581.86
                                                                 _____
```