```
**************************************
*  INVOICE        542997    06/04/2019 * PAGE
**************************************   1
MARTIN SPORTS & ENTERTAINMENT LLC
BRUINS FAN FEST GAMES 1 AND 2 - MSELLC07
CREW PAYMENT
```



```
              IATSE LOCAL 11, THEATRICAL STAGE EMPLOYEES JURISDICTION
                                 CREW WORK
                                  - - - -
              WEEK ENDING 06/01/2019 AT CANAL STREET IN MASSACHUSETTS
                                 CREW WORK
                  PAID UNDER THEATRICAL/COMMERCIAL/TRADESHOW CONTRACT
                                 STAGEHAND
_____

 001 DORION, BARRY
      =>Game 2 Load OUT
      05/29 WED   4.00 HOUR(S) TIME & HALF @   51.135          204.54 =      204.54
      8% HANDLING FEE                                                         16.36
      20% PAYROLL TAX FEE                                                     40.91
      28% PENSION & ANNUITY                                       57.27 =     319.08
_____

 002 MOORE, BRIAN A.
      =>Game 2 Load OUT
                                                                      =     319.08
_____

 003 NAGAKI-DILAZZARO, JOHN
      =>Game 1 Load OUT
      05/27 MON   4.00 HOUR(S) TIME & HALF @   51.135          204.54 =      204.54
      8% HANDLING FEE                                                         16.36
      20% PAYROLL TAX FEE                                                     40.91
      28% PENSION & ANNUITY                                       57.27 =     319.08
_____

 004 QUIGG, TRACY T.
      =>Game 2 Load OUT
      05/29 WED   4.00 HOUR(S) TIME & HALF @   51.135          204.54 =      204.54
      8% HANDLING FEE                                                         16.36
      20% PAYROLL TAX FEE                                                     40.91
      28% PENSION & ANNUITY                                       57.27 =     319.08
_____

 005 SALMON, BRYAN
      =>Game 1 Load OUT
      05/27 MON   4.00 HOUR(S) TIME & HALF @   51.135          204.54 =      204.54
      8% HANDLING FEE                                                         16.36
      20% PAYROLL TAX FEE                                                     40.91
      28% PENSION & ANNUITY                                       57.27 =     319.08
_____

                                 STEWARD
```



```
**************************************
*  INVOICE         542997    06/04/2019  *  PAGE
**************************************     2
MARTIN SPORTS & ENTERTAINMENT LLC
BRUINS FAN FEST GAMES 1 AND 2 - MSELLC07
CREW PAYMENT
```

___

```
006 GRYGO, DIANA
    =>Game 2 Load OUT
   05/29 WED   4.00 HOUR(S) TIME & HALF @   60.870        243.48 =        243.48
   8% HANDLING FEE                                                         19.48
   20% PAYROLL TAX FEE                                                     48.70
   28% PENSION & ANNUITY                                         68.17 =   379.83
```
___

                                   STAGEHAND
___

```
007 BRADY, JUSTIN
    =>Game 1 and 2 Load IN
   05/27 MON   5.00 HOUR(S) TIME & HALF @   51.135        255.68
   05/29 WED   8.00 HOUR(S) STRAIGHT    @   34.090        272.72 =        528.40
   8% HANDLING FEE                                                         42.27
   20% PAYROLL TAX FEE                                                    105.68
   28% PENSION & ANNUITY                                        147.95 =   824.30
```
___

```
008 O'LEARY, KAREN
    =>Game 1 and 2 Load IN
                                                                     =    824.30
```
___

                                    STEWARD
___

```
009 CROWLEY, JAMES C.
    =>Game 1 Load In and Out
   05/27 MON   9.00 HOUR(S) TIME & HALF @   60.870        547.83 =        547.83
   8% HANDLING FEE                                                         43.83
   20% PAYROLL TAX FEE                                                    109.57
   28% PENSION & ANNUITY                                        153.39 =   854.62
```
___

```
010 KARES, PETER
    =>Game 2 Load IN and OUT
   05/29 WED   8.00 HOUR(S) STRAIGHT    @   40.580        324.64
   05/29 WED   4.00 HOUR(S) TIME & HALF @   60.870        243.48 =        568.12
   8% HANDLING FEE                                                         45.45
   20% PAYROLL TAX FEE                                                    113.62
   28% PENSION & ANNUITY                                        159.07 =   886.26
```
___

                                   STAGEHAND

```
*************************************
*  INVOICE      542997    06/04/2019 * PAGE
*************************************    3
MARTIN SPORTS & ENTERTAINMENT LLC
BRUINS FAN FEST GAMES 1 AND 2 - MSELLC07
CREW PAYMENT
```



---

011 SMITH, JEREMY
   =>Game 1 Load IN and OUT, Game 2 Load IN
  05/27 MON   9.00 HOUR(S) TIME & HALF @   51.135     460.22
  05/29 WED   8.00 HOUR(S) STRAIGHT    @   34.090     272.72 =    732.94
  8% HANDLING FEE                                       58.64
  20% PAYROLL TAX FEE                           146.59
  28% PENSION & ANNUITY                       205.22 =  1,143.39

---

                        STEWARD

---

012 QUIGG, MICHAEL T.
   =>Game 1 Load In and Out, Game 2 Load In
  05/27 MON   9.00 HOUR(S) TIME & HALF @   60.870     547.83
  05/29 WED   8.00 HOUR(S) STRAIGHT    @   40.580     324.64 =    872.47
  8% HANDLING FEE                                       69.80
  20% PAYROLL TAX FEE                           174.49
  28% PENSION & ANNUITY                       244.29 =  1,361.05

---

                        STAGEHAND

---

013 OGUNGBADERO, JEREMY
   =>Game 1 and 2, Load IN and OUT
  05/27 MON   9.00 HOUR(S) TIME & HALF @   51.135     460.22
  05/29 WED   8.00 HOUR(S) STRAIGHT    @   34.090     272.72
  05/29 WED   4.00 HOUR(S) TIME & HALF @   51.135     204.54 =    937.48
  8% HANDLING FEE                                       75.00
  20% PAYROLL TAX FEE                           187.50
  28% PENSION & ANNUITY                       262.49 =  1,462.47

---

014 POLISH, JOSEPH
   =>Game 1 and 2, Load IN and OUT
                                                                     =  1,462.47

---

```
*************************************
*  INVOICE       542997    06/04/2019 * PAGE
*************************************    4
MARTIN SPORTS & ENTERTAINMENT LLC
BRUINS FAN FEST GAMES 1 AND 2 - MSELLC07
CREW PAYMENT
```



```
Invoices due upon receipt. To avoid union or labor related penalties
A.R.T. must receive payment by: 06/05/2019

     Wages        Agt.        Misc.    Benefit   Handling Fee   Tax Fee
_____

    6,919.30       0.00        0.00    1,937.37       553.54    1,383.88              10,794.09

      [MSELLC0000X]
      THERESA MARTIN
      MARTIN SPORTS & ENTERTAINMENT LLC                                        _____
      P.O. BOX 252084                                      Pay this
      WEST BLOOMFIELD, MI 48325                            >>>> Total       $    10,794.09
                                                                               _____
```