# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **COLLEEN A GLYNN, ET AL.** | |
| *Plaintiff* | Civil Action No.: **1:19–CV–12189–IT** |
| v. | |
| **MARTIN SPORTS & ENTERTAINMENT, LLC, ET AL.** | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Martin Sports & Entertainment LLC
c/o Registered Agents, Inc.
2222 West Grand River Avenue
Suite A
Okemos, MI  48864

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) ––– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ––– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Gabriel O. Dumont, Jr., Esq.
Dumont, Morris And Burke, PC
141 Tremont Street, Suite 500
Boston, MA 02111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ROBERT M. FARRELL**
*CLERK OF COURT*

 **/s/ – Sandra Burgos**
*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2019–10–23 11:48:16.0**, Clerk USDC DMA

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-CV-12189-IT

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Martin Sports & Entertainment, LLC. c/o Registered Agents, Inc. was received by me on *(date)* 12-11-2019.

[ ]   I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

[ ]   I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

[X]   I served the summons on *(name of individual)* Kristin Rhine, who is designated by law to accept service of process on behalf of *(name of organization)* Martin Sports & Entertainment, LLC. c/o Registered Agents, Inc. on *(date)* 12/12/2019; or

[ ]   I returned the subpoena unexecuted because: _____

[ ]   Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: 12-12-2019

*Server's signature*

Angela Vermillion
Process Server

*Printed name and title*

Relentless Court Services, Inc.
4337 E. Grand River #101
Howell, MI 48843-7595

*Server's address*

Additional information regarding attempted service, etc.:
DOCUMENTS SERVED:
Summons In A Civil Action with Notice of Scheduling Conference, Notice to proceed before a Magistrate Judge; and U.S. District Court General Orders 10-01; and 09-03; and the Complaint

DESCRIPTION OF PERSON SERVED:
Age: 30, Sex: F, Race/Skin Color: White, Height: 5'4", Weight: 160, Hair: Dark Brown, Glasses: Y

