UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**COLLEEN A. GLYNN,**
**CHRISTOPHER P. WELLING**  Case No. 1:19-cv-12189-IT
in their capacity as Trustees and
Fiduciaries of ERISA Plans,

and **DOUGLAS C. ANDERSON,**
on his own behalf and on behalf
of others similarly situated,

        Plaintiffs,

vs.

**MARTIN SPORTS & ENTERTAINMENT, LLC,**
**DAVID MARTIN** and **THERESA MARTIN,**

        Defendants.
_____

## DEFENDANTS' MOTION FOR DISMISSAL OF PLAINTIFFS' COMPLAINT

Defendants, Martin Sports & Entertainment, LLC ("Martin Sports"), David Martin and Theresa Martin (collectively "Defendants"), by their counsel, move pursuant to Fed. R. Civ. P. 12(b)(1) and (6) and Fed. R. Civ. P. 12 (c) for entry of an Order dismissing the claims of Plaintiffs, Collen A. Glynn, Christopher P. Welling, and Douglas C. Anderson ("Plaintiffs"), for the following reasons:

    1.    The Court lacks subject matter jurisdiction over the claims of Plaintiffs, Glynn and Welling, for violations of Sections 502 (a) (3) and 515 of the Employee Retirement Income Security Act of 1974 ("ERISA"), as amended, 29 U.S.C. §§ 1001, *et seq.*, *see* 29 U.S.C. §§1132(a)(3) and 1145, Plaintiff Anderson's claims for violations of Massachusetts General Laws Chapter 149, Section 148, and any express or implied claims for breach of any alleged

collective bargaining and trust agreements because these claims pertain to a dispute within the exclusive jurisdiction of the National Labor Relations Board.

2. Plaintiffs have failed to state claims upon which relief may be granted because the claims of Plaintiffs, Glynn and Welling, for violations of Sections 502 (a) (3) (29 U.S.C. §1132(a)(3)) and 515 (29 U.S.C. §1145)of ERISA, Plaintiff Anderson's claims for violations of Massachusetts General Laws Chapter 149, Section 148, and any express or implied claims for breach of any alleged collective bargaining and trust agreements are barred or preempted by either section 7 or 8 of the National Labor Relations Act, 29 U.S.C. §§ 151, *et seq. See* 29 U.S.C. § 157; 29 U.S.C. §158.

3. Plaintiff Anderson has failed to state claims upon which relief may be granted for violations of Massachusetts Weekly Wage Act, Mass. Gen. Laws Chapter 149, Section 148, since these claims are barred or preempted by section 301(a) of the Labor Management Relations Act ("LMRA"), 29 U.S. C. §185(a).

## REQUEST FOR ORAL ARGUMENT

4. Defendants request that oral argument be conducted concerning their motion because they believe it will assist the court in its deliberation over issues posed by the motion.

***Counsel for Defendants emailed a draft of issues raised by Defendants' Motion For Dismissal of Plaintiffs' Complaint to Counsel for Plaintiffs on January 28, 2020. He inquired about whether counsel will concur in the relief requested by the motion and/or whether he wanted to meet and confer about the issues posed in the email. Counsel for Plaintiffs declined to concur. Hence, it is necessary to bring this motion before the Court for its consideration and decision.***

**Wherefore,** Defendants respectfully request that the Court grant their Motion for Dismissal of Plaintiffs' Complaint and that it enter an Order and Judgment dismissing Plaintiffs' claims with prejudice and awarding to Defendants pursuant 28 U.S.C. §1927 and Fed.R.Civ. P. 11 all costs and attorneys' fees they have incurred in defense of this action because Plaintiffs' action has been brought and maintained in violation of this statute and court rule.

                                        Respectfully Submitted,

                                        */s/John F. Welsh*
                                        John F. Welsh
                                        BBO# 522640
                                        Bello Welsh LLP
                                        125 Summer Street, Suite 1200
                                        Boston, MA 02110
                                        Main: (617) 247-4100
                                        Direct: (617) 247-8476
                                        Fax: (617) 247-4125
                                        jwelsh@bellowelsh.com

                                        */s/ Raymond Carey*
                                        Ray Carey (P33266)
                                        GASIOREK, MORGAN, GRECO,
                                        McCAULEY & KOTZIAN, P.C.
                                        Attorneys for Defendants
                                        30500 Northwestern Highway, Ste.425
                                        Farmington Hills, MI 48334
                                        (248) 865-0001
Dated: February 3, 2020            Rjcarey@gmgmklaw.com