# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

**COLLEEN A. GLYNN,**
**CHRISTOPHER P. WELLING**  Case No. 1:19-cv-12189-IT
in their capacity as Trustees and
Fiduciaries of ERISA Plans,

and **DOUGLAS C. ANDERSON,**
on his own behalf and on behalf
of others similarly situated,

        Plaintiffs,

vs.

**MARTIN SPORTS & ENTERTAINMENT, LLC,**
**DAVID MARTIN** and **THERESA MARTIN,**

        Defendants.

_____

## INDEX OF EXHIBITS

**Exhibit 1:** Declaration of David Martin

**Exhibit 2:** Declaration of Theresa Martin

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the attached document was served on February 3, 2020, upon all parties and/or attorneys of record in this matter at their respective addresses as disclosed by pleadings in this mater via ECF Filing.

*/s/ Randi Donegan*
Randi Donegan