UNTIED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

*********************************************************

COLLEEN A. GLYNN, CHRISTOPHER P. WELLING

  In their capacity as Trustees and
  Fiduciaries of ERISA Plans

and

DOUGLAS C. ANDERSON,

  On his own behalf and on behalf
  of others similarly situated,

  Plaintiffs,

vs.

MARTIN SPORTS & ENTERTAINMENT, LLC,
DAVID MARTIN and THERESA MARTIN,

  Defendants.

Case 1:19-cv-12189-IT

*********************************************************

## AFFIDAVIT OF COLLEEN A. GLYNN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR DISMISSAL OF PLAINTIFFS' COMPLAINT

1. I am the Business Manager of IATSE, Local 11 ("Local 11"). In that capacity, I am responsible for and have oversight over the day-to-day operation of Local 11, including the operation of the Local 11 Hiring Hall from which stagehands who perform work covered by Local 11 collective bargaining agreements are referred.

2. Local 11 has numerous collective bargaining agreements covering worked performed in venues such as the Citizen Bank Opera House, The Boch Wang Theatre, T.D Garden, Gillette Stadium, etc. Local 11 also enters into collective bargaining agreements under

which stagehands will be referred to provide stagehand work to presenters that do not have a regular presence within the jurisdiction of Local 11. Local 11 refers to these agreements as "One-Time Agreements," although, in many instances, such agreements apply to multiple performances by the presenter.

3. In May 2019, I was contacted by Theresa Martin ("Martin") who identified herself as the Vice President of Martin Sports & Entertainment, LLC. ("Martin Sports"). In that conversation, Martin informed me that Martin Sports needed stagehands to do the stage installation and related work associated with Martin Sports' production of Boston Bruins' Fan Fest.

4. I discussed generally with Martin how the referral process would work, including the fact that Martin Sports would sign a "Standard One-Time Agreement" setting out the terms and conditions under which the stagehands would work. Subsequently, on May 8, 2019, I forwarded to Martin the "Contract Between Martin Sports and The International Alliance of Theatrical Stage Employees, Moving Picture Technicians, Artists and Allied Crafts I.A.T.S.E. Local 11." Martin signed the contract as VP of Martin Sports. A true copy of the contract is Exhibit A to the Complaint in Case 1:19-cv-12579-IT and Exhibit B to the Complaint in Case 1:19-cv-12189-IT.

5. As indicated in the header of the document, *i.e.*, Agreement between IATSE, Local 11 and Martin Sports 2019, and consistent with my discussions with Martin, the agreement was to apply to the Fan Fests to be produced by Martin Sports during 2019, including the Fan Fests scheduled for May 9, 12, 27 and 29, June 6 and 12, and October 12 and 14, 2019.

6. At the request of Martin Sports, Local 11 stagehands were referred to Martin Sports on May 9, 12, 27 and 29; and the stagehands performed the stagehand work needed for Martin Sports to produce the Boston Bruins' Fan Fest on those dates.

7. On or about May 27, 2019, I spoke with Martin regarding the fact that May 27 was a holiday, which would have required Martin Sports to pay a premium to the stagehands who worked on that date. During that conversation, I agreed to waive the holiday pay provision for May 27.

8. On May 28, 2019, I received an email from Martin requesting additional concessions, *i.e.*, changing the minimum call from 8 hours to 4 hours and waiving the 8-hour period between calls. Later that day, I sent Martin an email stating, in part, that Local 11 would waive the 8 hour turn around and invoice the load out as 4 hours at time and one half.

9. As previously stated, stagehands referred from the Local 11 Hiring Hall worked for Martin Sports in association with the May 29 Boston Bruins' Fan Fest. After the load in and set up on May 29, Martin sent me another email indicating that Martin Sports wanted further concessions. I did not respond to that email as Local 11 already had made substantial concessions for Martin Sports. Other than the concessions I made regarding the May 27 and 29 work calls, I never agreed to contract terms other than the terms set out in the contract.

10. On June 4, 2019, which was two days before the June 6th Boston Bruins' Fan Fest, I received an email from Martin that, in part, stated that "[t]his is to notify you that we are terminating our contract dated May 8, 2019." On the following day, I notified Martin that "our contract is not subject to being unilaterally terminated;" and I urged Martin "to reconsider."

11. Even though Martin Sports had the benefit of the work of Local 11-referred stagehands, Martin Sports never paid the stagehands any amount for their services rendered.

12. True and accurate copies of the emails referred to in this affidavit are attached to this affidavit.

Colleen Glynn states, under oath and under the penalty of perjury, that the foregoing is true and correct.

Date: September 16, 2021

*Colleen A. Glynn* (signature)
Colleen A. Glynn

# Gabriel Dumont

| | |
|---|---|
| **From:** | Colleen Glynn <Cglynn@iatse11.org> |
| **Sent:** | Friday, May 24, 2019 12:56 PM |
| **To:** | 'gdumont@dmbpc.net' |
| **Subject:** | FW: Labor Call for Bruins Playoff FanFest |
| **Attachments:** | Martin Sports and IATSE Local 11 2019.pdf |

-----Original Message-----
From: Colleen Glynn
Sent: Wednesday, May 08, 2019 12:47 PM
To: 'Theresa Martin'
Subject: RE: Labor Call for Bruins Playoff FanFest

Hi Theresa,

Attached you will find a contract for tomorrows event. It is our "standard one time agreement". Please let me know if you have any questions or concerns.

If you would like to use a local payroll company, please indicate on the last page and contact ART Payroll directly:

Emily or Mary Jane at ART Payroll | 26 Gregs Way, Suite A, Tamworth, NH 03886 | 603.367.9955

We are staffing the job now. Please return the contract signed ASAP!

Have a great day & thank you.


Colleen A. Glynn
IATSE Local 11 Business Manager
International Vice President
MA AFL-CIO Executive Vice President
cglynn@iatse11.org
Cell 617-448-0902
Office 617-269-5595



-----Original Message-----
From: Theresa Martin [mailto:theresa@martinsportspro.com]
Sent: Wednesday, May 08, 2019 11:53 AM
To: Colleen Glynn
Subject: Labor Call for Bruins Playoff FanFest

Hi Collen,

We are looking for ten (10) stagehands for tomorrow morning to set up Bruins FanFest for Eastern Conference Finals. We will start at 9am outside of Hurricanes Bar on Canal Street in Boston. Eight hour call.

On Site contact is Mark Callebs (586) 665-0776

Really hoping you've got some crew available.

Thanks so much!

Theresa Martin
Martin Sports
(248) 770-1434


Sent from my iPhone

**gdumont@dmbpc.net**

| | |
|---|---|
| From: | Colleen Glynn <Cglynn@iatse11.org> |
| Sent: | Wednesday, June 5, 2019 12:49 PM |
| To: | Theresa Martin |
| Cc: | Gabriel Dumont; Welling |
| Subject: | Re: Wednesday |

Theresa,

It is Local 11's position that our contract is not subject to being unilaterally terminated.  Accordingly, you should expect legal action that carries with it the potential for your Company having to compensate our members because they were not provided the work opportunities provided for under our contract.  I would urge you to reconsider.

Colleen

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: Theresa Martin <theresa@martinsportspro.com>
Date: 6/4/19 2:26 PM (GMT-05:00)
To: Colleen Glynn <Cglynn@iatse11.org>
Subject: Re: Wednesday

Collen,

I have not heard from you regarding issues raised. This is to notify you that we are terminating our contract dated May 8, 2019 with Local 11.

Theresa Martin

Sent from my iPhone

> On May 29, 2019, at 1:45 PM, Theresa Martin <theresa@martinsportspro.com> wrote:
>
> Colleen,
>
> I don't have the budget to pay for 8 hour minimum call times & time & a half. We cut the crew at 1pm as we designated and they told my guys on site they were working 8 hours plus another 4.  When using Unions around the country, we always have 4 hour min call times and base rates for our labor costs. As an event company versus a standard

1

theater, those concessions are routinely made. We want to use Local 11 but in order to do so we need the union bills to align with what we experience nationally.
>
>
> Thanks,
>
> Theresa
>
>
> Sent from my iPhone
>
>> On May 28, 2019, at 5:01 PM, Colleen Glynn <Cglynn@iatse11.org> wrote:
>>
>> Hi Theresa,
>>
>> We gave you concessions on Monday due to game one unexpectedly falling on the Holiday.
>>
>> We can waive the 8 hour turn around and bill the load out as 4 hours at time and one half.
>>
>> Attached is the updated estimate.
>>
>> Thanks,
>>
>>
>>  Growth = Strength
>> Colleen A. Glynn
>> IATSE Local 11 Business Manager
>> International Vice President
>> MA AFL-CIO Executive Vice President
>> cglynn@iatse11.org
>> Cell 617-448-0902
>> Office 617-269-5595
>>
>>
>>
>>
>> -----Original Message-----
>> From: Theresa Martin [mailto:theresa@martinsportspro.com]
>> Sent: Tuesday, May 28, 2019 1:35 PM
>> To: Colleen Glynn
>> Subject: Wednesday
>>
>> Hi Colleen,
>>
>> For Wednesday, we would be looking to change the minimum call time from 8 hours to 4 hours and waive the 8 hour period between calls.
>>
>> In the morning for set up:
>> Six (6) crew plus One (1) Fork Driver at 8am for five (5) hours.
>>
>> In the evening for load out:
>> Six (6) crew plus One Fork Driver at 8pm for four (4) hours.

2

\>\>
\>\> If you could provide an estimate, it would be greatly appreciated.
\>\>
\>\> Thanks and GO BRUINS!
\>\>
\>\> Theresa
\>\>
\>\>
\>\>
\>\>
\>\> Sent from my iPhone
\>\> <Martin Sports Bruins Fanfest finals game 2 estimate sent.xlsx>