**UNTIED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF MASSACHUSETTS**

**************************************************

**COLLEEN A. GLYNN, CHRISTOPHER P. WELLING**

In their capacity as Trustees and Fiduciaries of ERISA Plans

and

**DOUGLAS C. ANDERSON**,

On his own behalf and on behalf of others similarly situated,

Plaintiffs,

vs.

**MARTIN SPORTS & ENTERTAINMENT, LLC, DAVID MARTIN and THERESA MARTIN**,

Defendants.

**************************************************

CA No. 1:19-cv-12189-IT

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and copies will be sent to those indicated as non-registered participants.

September 16, 2021

/s/*Gabriel O. Dumont, Jr.*

Gabriel O. Dumont, Jr.
BBO#137820
Feinberg, Dumont & Brennan
177 Milk Street, Suite 300
Boston, MA 02109
gd@fdb-law.com
(617) 338-1976