**UNTIED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS**

*********************************************************

|  |  |
|---|---|
| **COLLEEN A. GLYNN, CHRISTOPHER P. WELLING,** <br>　　In their capacity as Trustees and <br>　　Fiduciaries of ERISA Plans <br><br>and <br><br>**DOUGLAS C. ANDERSON**, <br>　　On his own behalf and on behalf <br>　　of others similarly situated, <br><br>　　　Plaintiffs, <br><br>vs. <br><br>**MARTIN SPORTS & ENTERTAINMENT, LLC**, <br>**DAVID MARTIN and THERESA MARTIN**, <br><br>　　　Defendants. | Case 1:19-cv-12189-IT |

*********************************************************

**JOINT STATEMENT OF PARTIES PERTAINING TO FILING OF MOTIONS FOR SUMMARY JUDGMENT AND TRIAL OF ANY ISSUES NOT RESOLVED BY MOTION**

The Parties by their respective counsel submit this Joint Statement pertaining to scheduling of motions for summary judgement and trial of any issues not resolved by motion. Each party reserves the right to file a motion for summary judgment in accordance with the following schedule:

Deadline to File Motion for Summary Judgement: **March 7, 2022**

Deadline for Non-Moving Party Response Brief: **March 28, 2022**

Deadline for any Reply Brief: **April 11, 2022**

Trial of any issues not resolved by motion shall be as scheduled by the Court.

Wherefore the Parties respectfully request that the Honorable Court enter a Scheduling Order which conforms to this Joint Statement.

| For the Plaintiffs, | For the Defendants, |
|---|---|
| /s/*Gabriel O. Dumont, Jr.* <br> Gabriel O. Dumont, Jr. (BBO137820) <br> Attorney for Plaintiffs <br> Feinberg, Dumont & Brennan <br> 144 Milk Street, Suite 300 <br> Boston, MA 02109 <br> (617) 338-1976 <br> gd@fdb-law.com | */s/ Raymond J. Carey* <br> Raymond J. Carey (P33266) <br> Attorney for Defendants <br> Gasiorek, Morgan, Greco, <br> McCauley & Kotzian, P.C. <br> 30500 Northwestern Hwy, Ste 425 <br> Farmington Hills, MI 48334 <br> (248) 865-0001 <br> rcarey@gmgmklaw.com <br><br> /s/John F. Welsh <br> John F. Welsh BBO# 522640 <br> Bello Welsh LLP <br> 125 Summer Street, Suite 1200 <br> Boston, MA 02110 <br> (617) 247-4100 <br> jwelsh@bellowelsh.com |

January 14, 2022