UNTIED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
************************************************
                                                *
COLLEEN A. GLYNN, CHRISTOPHER P. WELLING        *
                                                *
        In their capacity as Trustees and       *
        Fiduciaries of ERISA Plans              *
                                                *
and                                             *
                                                *
DOUGLAS C. ANDERSON,                            *
                                                *
        On his own behalf and on behalf         *   Case 1:19-cv-12189-IT
        of others similarly situated,           *
                                                *
        Plaintiffs,                             *
                                                *
vs.                                             *
                                                *
MARTIN SPORTS & ENTERTAINMENT, LLC,             *
DAVID MARTIN and THERESA MARTIN,                *
                                                *
        Defendants.                             *
                                                *
************************************************
```

**PLAINTIFF DOUGLAS C. ANDERSON'S MOTION TO CERTIFY THE CLASS OR IN THE ALTERNATIVE TO ADD FORTY-THREE ADDITIONAL PLAINTIFFS**

Now comes Plaintiff Douglas Anderson, and pursuant to Rule 23 of the Federal Rules of Civil Procedure and Massachusetts General Laws. c. 149, §150 and for the reasons set out in the accompanying Memorandum moves that the Honorable Court order the certification of a Class comprised of the IATSE, Local 11-referred employees who provided services for Defendant Martin Sports & Entertainment, LLC in May 2019 and who were not compensated by Martin Sports for their services. Defendant Anderson, in the alternative, moves that the Honorable Court

grant him leave to add 43 additional plaintiffs if the Court determines that the requested Class should not be certified.

## LOCAL RULE 7.1 CERTIFICATION

Counsel has conferred via email regarding the filing of this Motion.

Respectfully submitted,

For the Plaintiff,

**DOUGLAS C. ANDERSON**,

By his Attorney,

/*Gabriel O. Dumont, Jr.*/
Gabriel O. Dumont, Jr., BBO#137820
FEINBERG, DUMONT & BRENNAN
177 Milk Street, Suite 300
Boston, MA 02109
(617) 338-1976
Cell (617) 733-4804
gd@fdb-law.com

March 7, 2022