**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

**COLLEEN A. GLYNN,**
**CHRISTOPHER P. WELLING**                                  Case No. 1:19-cv-12189-IT
in their capacity as Trustees and
Fiduciaries of ERISA Plans,

and **DOUGLAS C. ANDERSON,**
on his own behalf and on behalf
of others similarly situated,

                         Plaintiffs,

vs.

**MARTIN SPORTS & ENTERTAINMENT, LLC,**
**DAVID MARTIN** and **THERESA MARTIN,**

                         Defendants.

---

## DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P. 56

Defendants, Martin Sports & Entertainment, LLC ("Martin Sports"), David Martin, and

Theresa Martin (collectively "Defendants"), by their counsel move pursuant to Fed. R. Civ. P. 56

AND Local Rule 7.1(b)(3) for leave to file the 3-page reply brief attached as **Exhibit A** in support

of their pending motion for summary judgment with respect to the claims asserted against them by

Plaintiffs, Collen A. Glynn, Christopher P. Welling, and  Douglas C. Anderson (collectively

"Plaintiffs") for the following reasons:

1.        It is undisputed that the ERISA Plans sponsored by Local 11 that Plaintiffs, Glynn

and Welling, purport to represent had received all contributions due to the plans for the benefit of

Local 11 members who performed work for Martin Sports on May 9, 12, 27, and 29, 2019, as

required by the various agreements between Martin Sports and Local 11 and/or Local 11 ERISA

plans months from ART Payroll as employer of record before this action was filed on October 23, 2019, and that and that there is no justiciable case or controversy between these Plaintiffs and Defendants as a result.

2.      Plaintiffs, Glynn and Welling, distort apposite facts and principles of law when they assert that Defendants are not entitled to summary judgment in their favor for these reasons[1].

3.      It is undisputed that Plaintiff Anderson and the Local 11 members he purports to represent were paid all wages due to them for work performed for Martin Sports on May 9, 12, 27, and 29, 2019, as required by the alleged collective bargaining agreement between Martin Sports and Local 11 by ART Payroll as employer of record months before this action was filed on October 23, 2019, and likely before Local 11 filed claims ostensibly on their behalf with the Office of the Attorney General for the Commonwealth of Massachusetts, and that and that there is no justiciable case or controversy between these Plaintiffs and Defendants as a result.

4.      Plaintiffs, Anderson and Glynn, distort apposite facts and principles of law when they assert that Defendants are not entitled to summary judgment in their favor for these reasons[2].

WHEREFORE, Defendants, Martin Sports & Entertainment, LLC ("Martin Sports"), David Martin, and Theresa Martin, respectfully request that the Court enter an Order providing that they have been granted leave to file the attached reply brief in support of their pending motion for summary judgment.

---

[1] Defendant Martin Sports acknowledges that there may be a justiciable dispute between it and Local 11 because Local 11 reimbursed Art Payroll, but Local 11 is not a party to this action.
[2] *See* n. 1, *supra*.

Respectfully submitted,

**GASIOREK MORGAN**

BY:    /s/ Raymond J. Carey
        Raymond J. Carey (P33266)
        Attorney for Plaintiff
        30500 Northwestern Hwy, Ste. 425
        Farmington Hills, MI 48334
        (248) 865-0001
        rcarey@gmgmklaw.com

        John F. Welsh BBO# 522640
        Armstrong Teasdale LLP
        800 Boylston Street, 30th Floor
        Boston, MA 02199
        (617) 824-5150
        jwelsh@Atllp.com

Date:  April 1, 2022

3

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

**COLLEEN A. GLYNN,**
**CHRISTOPHER P. WELLING**                    Case No. 1:19-cv-12189-IT
in their capacity as Trustees and
Fiduciaries of ERISA Plans,

and **DOUGLAS C. ANDERSON,**
on his own behalf and on behalf
of others similarly situated,

                Plaintiffs,

vs.

**MARTIN SPORTS & ENTERTAINMENT, LLC,**
**DAVID MARTIN** and **THERESA MARTIN,**

                Defendants.

---

## DEFENDANTS' BRIEF IN SUPPORT OF MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P. 56

Defendants, Martin Sports & Entertainment, LLC ("Martin Sports"), David Martin, and Theresa Martin (collectively "Defendants"), rely upon their motion and the attached 3-page reply brief as support for their motion for leave to file the reply brief. Accordingly, Defendants respectfully request that the Court enter an Order providing that Martin Sports has been granted leave to file the attached reply brief in support of their pending motion for summary judgment.

4

Respectfully submitted,

**GASIOREK MORGAN**

BY:    /s/ Raymond J. Carey
          Raymond J. Carey (P33266)
          Attorney for Plaintiff
          30500 Northwestern Hwy, Ste. 425
          Farmington Hills, MI 48334
          (248) 865-0001
          rcarey@gmgmklaw.com

          John F. Welsh BBO# 522640
          Armstrong Teasdale LLP
          800 Boylston Street, 30th Floor
          Boston, MA 02199
          (617) 824-5150
          jwelsh@Atllp.com

Date:  April 1, 2022

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing instrument was served upon the attorneys of record of all parties herein at their respective addresses disclosed on the pleadings on April 1, 2022.  I declare under penalty of perjury that the statement above is true to the best of my knowledge, information and belief.

By:    ☐ U.S. Mail        ☐ FAX
        ☐ Hand Delivered    X E-filing
        ☐ Federal Express    ☐ Email

Signature:  _____/s/ Randi Hanlon_____