UNTIED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| **COLLEEN A. GLYNN, CHRISTOPHER P. WELLING** | \* |
| In their capacity as Trustees and Fiduciaries of ERISA Plans | \* |
| and | \* |
| **DOUGLAS C. ANDERSON**, | \* |
| On his own behalf and on behalf of others similarly situated, Plaintiffs, | \*  Case 1:19-cv-12189-IT |
| vs. | \* |
| **MARTIN SPORTS & ENTERTAINMENT, LLC**, **DAVID MARTIN and THERESA MARTIN**, Defendants. | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFF ANDERSON'S MOTION FOR LEAVE TO FILE REPLY BRIEF REGARDING ISSUE OF CLASS CERTIFICATION**

Now comes Plaintiff Douglas C. Anderson and, pursuant to Local Rule 7.1(b)(3), requests leave of this Honorable Court to file a Reply Brief, on or before April 11, 2022, in the instant matter limited to the issue of class certification.

> For the Plaintiff,
> **DOUGLAS C. ANDERSON,**
> By his Attorney,
>
> /*Gabriel O. Dumont, Jr.*/
> Gabriel O. Dumont, Jr. BBO#137820
> **FEINBERG, DUMONT & BRENNAN**
> 177 Milk Street, Suite 300
> Boston, MA 02109
> (617) 338-1976
> Cell (617) 733-4804
> gd@fdb-law.com

April 8, 2022