**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

**COLLEEN A. GLYNN,**
**CHRISTOPHER P. WELLING**
in their capacity as Trustees and
Fiduciaries of ERISA Plans,

Case No. 1:19-cv-12189-IT

and **DOUGLAS C. ANDERSON,**
on his own behalf and on behalf
of others similarly situated,

Plaintiffs,

vs.

**MARTIN SPORTS & ENTERTAINMENT, LLC,**
**DAVID MARTIN** and **THERESA MARTIN,**

Defendants.

---

**DEFENDANT'S UNOPPOSED MOTION THAT THE HEARINGS CONCERNING PENDING MOTIONS FOR SUMMARY JUDGEMENT AND CLASS CERTIFICATION BE CONDUCTED BY ZOOM**

Defendants, Martin Sports & Entertainment, LLC ("Martin Sports"), David Martin, and Theresa Martin (collectively "Defendants"), by their counsel, move that the hearings scheduled for October 3, 2022, at 10:00 a.m. concerning pending motions for summary judgement and class certification be conducted by Zoom for the following reasons:

1. Counsel for Defendants is located in Michigan and has encountered difficulty scheduling a flight from Detroit to Boston that will allow him to arrive on time for the hearings on October 3, 2022, at 10:00 a.m.

2. The parties have fully briefed the issues pending before the Court, and counsel for Defendants will be able to advocate on behalf of his clients and respond to any questions the Court during the hearings if conducted remotely by Zoom.

3. Counsel for Plaintiff does not oppose this motion.

WHEREFORE, Defendants, Martin Sports & Entertainment, LLC ("Martin Sports"), David Martin, and Theresa Martin, respectfully request that the Court grant this motion and that it conduct the hearings scheduled for October 3, 2022, at 10:00 a.m. concerning pending motions for summary judgement and class certification by Zoom.

Respectfully submitted,

**GASIOREK MORGAN**

BY: /s/ Raymond J. Carey
Raymond J. Carey (P33266)
Attorney for Plaintiff
30500 Northwestern Hwy, Ste. 425
Farmington Hills, MI 48334
(248) 865-0001
rcarey@gmgmklaw.com

John F. Welsh BBO# 522640
Armstrong Teasdale LLP
800 Boylston Street, 30th Floor
Boston, MA 02199
(617) 824-5150
jwelsh@Atllp.com

Date: September 30, 2022

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

**COLLEEN A. GLYNN,**
**CHRISTOPHER P. WELLING**
in their capacity as Trustees and
Fiduciaries of ERISA Plans,

Case No. 1:19-cv-12189-IT

and **DOUGLAS C. ANDERSON,**
on his own behalf and on behalf
of others similarly situated,

Plaintiffs,

vs.

**MARTIN SPORTS & ENTERTAINMENT, LLC,**
**DAVID MARTIN** and **THERESA MARTIN,**

Defendants.

---

**BREIF IN SUPPORT OF DEFENDANT'S UNOPPOSED MOTION THAT THE HEARINGS CONCERNING PENDING MOTIONS FOR SUMMARY JUDGEMENT AND CLASS CERTIFICATION BE CONDUCTED BY ZOOM**

Defendants, Martin Sports & Entertainment, LLC ("Martin Sports"), David Martin, and Theresa Martin (collectively "Defendants"), rely upon their motion and the files and records in this action as support for the attached motion. Accordingly, Defendants respectfully request that the Court grant this motion and that it conduct the hearings scheduled for October 3, 2022, at 10:00 a.m. concerning pending motions for summary judgement and class certification by Zoom.

Respectfully submitted,

**GASIOREK MORGAN**

BY: /s/ Raymond J. Carey
Raymond J. Carey (P33266)
Attorney for Plaintiff
30500 Northwestern Hwy, Ste. 425
Farmington Hills, MI 48334
(248) 865-0001
rcarey@gmgmklaw.com

John F. Welsh BBO# 522640
Armstrong Teasdale LLP
800 Boylston Street, 30th Floor
Boston, MA 02199
(617) 824-5150
jwelsh@Atllp.com

Date: September 30, 2022

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing instrument was served upon the attorneys of record of all parties herein at their respective addresses disclosed on the pleadings on September 30, 2022. I declare under penalty of perjury that the statement above is true to the best of my knowledge, information and belief.

By:
☐ U.S. Mail ☐ FAX
☐ Hand Delivered X E-filing
☐ Federal Express ☐ Email

Signature: *__/s/ Randi Hanlon__*