UNTIED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**COLLEEN A. GLYNN, CHRISTOPHER P. WELLING,**

In their capacity as Trustees and
Fiduciaries of ERISA Plans,

and

**DOUGLAS C. ANDERSON**,

On his own behalf and on behalf
of others similarly situated,

Plaintiffs,

vs.

**MARTIN SPORTS & ENTERTAINMENT, LLC**,
**DAVID MARTIN and THERESA MARTIN**,

Defendants.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

C.A. No. 19-12189-IT

**NOTICE TO CLASS MEMBERS**

Douglas C. Anderson, an IATSE, Local 11 referral member, filed a lawsuit in federal court (the United States District Court for Massachusetts) against Martin Sports & Entertainment, LLC ("Martin Sports"). In addition to suing Martin Sports, Mr. Anderson is suing David Martin and Theresa Martin individually. Mr. Anderson is suing Martin Sports, David Martin, and Theresa Martin under the Wage Act, which is designed to protect employees and their right to wages.

The Court has already determined that Martin Sports failed to pay Mr. Anderson (and other Local 11-referred individuals) wages due for work he completed for Martin Sports on May 9, 12, 27, and/or 29, 2019. The Court also found that Martin Sports and David Martin are liable for the

unpaid wages. The only remaining open question is whether Theresa Martin can be held personally liable.

Additionally, the Court ruled that "any Local 11-referred employee for whom ART generated an invoice that was not paid by Martin Sports is entitled to treble [triple] the amount of wages provided for in the ART invoice as to him or her, and reasonable attorney's fees and costs to be determined at a later date."

This purpose of this Notice is to inform you that the Court has included you as a member of the class in this litigation.

The Court has approved Attorney Gabriel O. Dumont, Jr., of Feinberg, Dumont, Brennan & Liacos, to serve as the attorney for the class. Any class member may enter an appearance through another attorney, if desired.

As a member of the class, you have two options:

(1) **Do Nothing**. You do not have to do anything to participate as a member of the class and be eligible for an Individual Class Payment. As a class member, you will, however, give up your right to bring an individual claim.

(2) **Opt-Out of the Class.** You can exclude yourself from the class (opt-out) by submitting a written Request for Exclusion to the Court **no later than April 19, 2023**. The Court will approve all opt-out requests. If you opt-out of the class, you will not be entitled to an Individual Class Payment. You will, however, preserve your right to personally pursue a claim against Martin Sports, David Martin, and Theresa Martin.

| | |
|---|---|
| April 5, 2023 | For the Plaintiffs, |
| | Colleen A. Glynn, Christopher P. Welling and Douglas C. Anderson, |
| | By their Attorney, |
| | */s/ Gabriel O. Dumont, Jr.* |
| | Gabriel O. Dumont, Jr. |
| | BBO # 137820 |
| | Feinberg, Dumont, Brennan, & Liacos |
| | 177 Milk Street, Suite 300 |
| | Boston, MA 02109 |
| | (617) 338-1976 |
| | gdb@fdb-law.com |

3