UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**COLLEEN A. GLYNN,**
**CHRISTOPHER P. WELLING**                            Case No. 1:19-cv-12189-IT
in their capacity as Trustees and
Fiduciaries of ERISA Plans,

and **DOUGLAS C. ANDERSON,**
on his own behalf and on behalf
of others similarly situated,

        Plaintiffs,

vs.

**MARTIN SPORTS & ENTERTAINMENT, LLC,**
**DAVID MARTIN** and **THERESA MARTIN,**

        Defendants.

## DEFENDANTS' UNOPPOSED MOTION TO RE-SCHEDULE STATUS CONFERENCE

Defendants, Martin Sports & Entertainment, LLC ("Martin Sports"), David Martin, and Therese Martin (collectively "Defendants"), by their counsel, move that the remote status conference currently scheduled for April 12, 2023, at 11:30 a.m. be re-scheduled for April 12, 2023, at 2:00 p.m. or for a different date when the Court and counsel will be available for the following reasons:

    1.    Counsel for Defendants is required to be in Lansing, Michigan, on April 12, 2023, at 11:00 a.m. to conduct oral argument in another matter before the Michigan Court of Appeals and it is unlikely that the oral argument will conclude by 11:30 a.m. on that date when the status conference in this matter currently is scheduled to occur remotely.

    2.    Counsel for Plaintiffs does not oppose this motion.

WHEREFORE, Defendants, Martin Sports & Entertainment, LLC, David Martin, and Therese Martin, respectfully request that the Court grant this motion and that it re-schedule the remote status conference currently scheduled for April 12, 2023, at 11:30 a.m. to April 12, 2023, at 2:00 p.m. or for a different date when the Court and counsel will be available.

                Respectfully submitted,

                **GASIOREK MORGAN**

By:   /s/ Raymond J. Carey
       Raymond J. Carey (P33266)
       Attorney for Defendants
       30500 Northwestern Hwy, Ste. 425
       Farmington Hills, MI 48334
       (248) 865-0001
       rcarey@gmgmklaw.com

       John F. Welsh BBO# 522640
       Armstrong Teasdale LLP
       800 Boylston Street, 30th Floor
       Boston, MA 02199
       (617) 824-5150
       jwelsh@Atllp.com

Date: April 11, 2023

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

**COLLEEN A. GLYNN,**
**CHRISTOPHER P. WELLING**          Case No. 1:19-cv-12189-IT
in their capacity as Trustees and
Fiduciaries of ERISA Plans,

and **DOUGLAS C. ANDERSON,**
on his own behalf and on behalf
of others similarly situated,

        Plaintiffs,

vs.

**MARTIN SPORTS & ENTERTAINMENT, LLC,**
**DAVID MARTIN** and **THERESA MARTIN,**

        Defendants.

---

### BRIEF IN SUPPORT OF DEFENDANTS' UNOPPOSED MOTION TO RE-SCHEDULE STATUS CONFERENCE

Defendants, Martin Sports & Entertainment, LLC ("Martin Sports"), David Martin, and Therese Martin (collectively "Defendants"), rely upon their motion and the files and records in this action as support for the attached motion. Accordingly, Defendants respectfully request that the Court grant this motion and that it re-schedule the remote status conference currently scheduled for April 12, 2023, at 11:30 a.m. to April 12, 2023, at 2:00 p.m. or for a different date when the Court and counsel will be available.

Respectfully submitted,

**GASIOREK MORGAN**

By: /s/ Raymond J. Carey
Raymond J. Carey (P33266)
Attorney for Defendants
30500 Northwestern Hwy, Ste. 425
Farmington Hills, MI 48334
(248) 865-0001
rcarey@gmgmklaw.com

John F. Welsh BBO# 522640
Armstrong Teasdale LLP
800 Boylston Street, 30th Floor
Boston, MA 02199
(617) 824-5150
jwelsh@Atllp.com

Date:  April 11, 2023

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing instrument was served upon the attorneys of record of all parties herein at their respective addresses disclosed on the pleadings on April 11, 2023. I declare under penalty of perjury that the statement above is true to the best of my knowledge, information and belief.

By:   ☐ U.S. Mail              ☐ FAX
      ☐ Hand Delivered         X E-filing
      ☐ Federal Express        ☐ Email

Signature:  _____/s/ Randi Hanlon_____