UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**COLLEEN A. GLYNN,**
**CHRISTOPHER P. WELLING**
in their capacity as Trustees and
Fiduciaries of ERISA Plans,

and **DOUGLAS C. ANDERSON,**
on his own behalf and on behalf
of others similarly situated,

        Plaintiffs,

vs.

**MARTIN SPORTS & ENTERTAINMENT, LLC,**
**DAVID MARTIN** and **THERESA MARTIN,**

        Defendants.

Case No. 1:19-cv-12189-IT

_____

## BRIEF IN SUPPORT OF DEFENDANTS' OBJECTIONS TO PLAINTIFF ANDERSON'S PROPOSED NOTICE TO CLASS MEMBERS

Defendants, Martin Sports & Entertainment, LLC ("Martin Sports"), David Martin, and Theresa Martin (collectively "Defendants"), by their counsel, object to Plaintiff Anderson's proposed Notice to Class Members because it does not comply with Fed. R. Civ. P. 23(c)(2)(B) and the due process clause of the United States Constitution. This conclusion ensues because the proposed Notice to Class Members does not clearly and concisely state in plain, easily understood language:

- the nature of the action;
- the definition of the class certified;
- the class claims, issues, or defenses;
- that a class member may enter an appearance through an attorney if the member so desires;

- that the court will exclude from the class any member who requests exclusion;
- the time and manner for requesting exclusion; and
- the binding effect of a class judgment on members under Rule 23(c)(3).

In this regard, contrary to the requirements of Fed. R. Civ. P. 23(c)(2)(B) and the due process clause, the proposed Notice: **(A)** is captioned as a Notice to Class Members when it should be captioned as a Notice of the pendency of a class action lawsuit or claim; **(B)** does not provide in bold captions or in an introductory or other paragraph or text that that it should be read carefully by each recipient and that it contains information that may affect the rights of each recipient; **(C)** does not use sufficient headings or captions under which the applicable notice elements required by Fed. R. Civ. P. 23(c)(2)(B) are adequately articulated with sufficient substance rendering it confusing, if not unintelligible, to anyone who is not an attorney and who understands class action procedures; **(D)** does not contain a definition of the class and adequately explain if or why the recipient may be a member of the class or how the recipient may qualify to be a member of the class; **(E)** does not adequately articulate with sufficient substance the nature of the action, the class claims, issues, and defenses associated with the case, and that it is contested by Defendants; **(F)** improperly encourages the recipient to not exercise his or her right to opt out of the class by providing that liability in his or her favor already has been determined; **(G)** does not adequately articulate how the rights of each recipient may be affected by the pendency of the action and his or her right to pursue individualized relief and to thereby be excluded from the class for this reason or because the recipient otherwise wants to be excluded from the class; and **(H)** provides inadequate time for and does not adequately articulate how a recipient may opt out of the action, improperly requires that the recipient draft his or her own Opt-out Notification to be excluded from the class, does not provide requisite language or content to be included in an Opt-

out Notification, and does not provide the contact information (*name and mail and email addresses*) of the applicable Court personnel to whom Opt-out Notification should be forwarded by the applicable due date.

**Wherefore,** Defendants respectfully request that the Court reject Plaintiff Anderson's proposed Notice to Class Members and require that he submit one that conforms with each of the requirements of Fed. R. Civ. P. 23(c) (2)(B) and the due process clause of the United States Constitution.

Respectfully submitted,

**GASIOREK MORGAN**

By: /s/ Raymond J. Carey
Raymond J. Carey (P33266)
Attorney for Plaintiff
30500 Northwestern Hwy, Ste. 425
Farmington Hills, MI 48334
(248) 865-0001
rcarey@gmgmklaw.com

Date: April 17, 2023

John F. Welsh BBO# 522640
Armstrong Teasdale LLP
800 Boylston Street, 30th Floor
Boston, MA 02199
(617) 824-5150
jwelsh@Atllp.com

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing instrument was served upon the attorneys of record of all parties herein at their respective addresses disclosed on the pleadings on April 17, 2023. I declare under penalty of perjury that the statement above is true to the best of my knowledge, information and belief.

By:  ☐ U.S. Mail           ☐ FAX
     ☐ Hand Delivered      X E-filing
     ☐ Federal Express     ☐ Email

Signature: _____/s/ Randi Hanlon_____