```
***************************************
                                        *
COLLEEN A. GLYNN, CHRISTOPHER P. WELLING, *
    In their capacity as Trustees and   *
    Fiduciaries of ERISA Plans,         *
                                        *
And                                     *
                                        *
DOUGLAS C. ANDERSON,                    *   C.A. No. 19-12189-IT
    On his own behalf and on behalf     *
    of others similarly situated,       *
    Plaintiffs,                         *
vs.                                     *
                                        *
MARTIN SPORTS & ENTERTAINMENT, LLC,     *
DAVID MARTIN and THERESA MARTIN,        *
    Defendants.                         *
                                        *
***************************************
```

## JOINT PROPOSED NOTICE TO CLASS MEMBERS

To: Members of Local 11 of the International Alliance of Theatrical Stage Employees ("Local 11") who performed work for Martin Sports & Entertainment, LLC ("Martin Sports"), on May 9, 12, 27, and/or 29, 2019

RE: MASSACHUSETTS WAGE ACT CLAIM FILED AGAINST MARTIN SPORTS & ENTERTAINMENT, LLC, DAVID MARTIN, AND THERESA MARTIN

### NOTICE OF PENDING CLASS ACTION LAWSUIT

The United States District Court of Massachusetts ("the Court") has authorized this notice. This is not an advertisement or solicitation by an attorney seeking to represent you. You are a potential class member in this lawsuit.

If you were a member of Local 11 of the International Alliance of Theatrical Stage Employees ("Local 11") and performed work for Martin Sports on May 9, 12, 27, and/or 29, 2019, this class action lawsuit may affect your rights.

**PLEASE READ THIS NOTICE CAREFULLY AND IN ITS ENTIRETY**

Please read this Notice carefully and in its entirety. Its purpose is to inform you that your rights may be affected by the proceedings in a class action lawsuit pending before Judge Indira Talwani of the United States District Court of Massachusetts as described below. The Court has ordered that this Notice be sent to you so that you can be fully informed about the lawsuit and your rights and options in connection with it. It should not be understood as an expression of any opinion by the Court about whether or not you should participate in the lawsuit.

This Notice includes **Important Deadlines**: To participate in the class action lawsuit, you do not need to take any action. If you do not want to participate in the class action lawsuit, you must exclude yourself by mailing an **Opt-Out** Notice or Letter stating your intention to opt-out in the form described in **Section 9** below to Class Counsel listed in **Section 5** below, postmarked no later than **[Forty-five (45) days from the date the Court approves the Proposed Joint Notice to Class Members]**. It also contains information about the following topics:

1. What Is A Class Action?
2. What Are The Claims And Defenses At Issue in This Class Action Lawsuit?
3. What Is The Current Status of the Class Action Lawsuit?
4. Who Is Included In The Class Action?
5. Who Is Class Counsel?
6. Should I Get My Own Lawyer?
7. Is There Any Money Available Now?
8. How Do I Participate In The Class Action Lawsuit?
9. How Can I Opt-Out Of The Class Action Lawsuit?
10. What Is The Deadline To Opt-Out Of The Class Action Lawsuit?

**11. Where Can I Get More Information About The Claims And Defenses?**

**1.     What Is A Class Action?**

A class action lawsuit is a civil action in which the claims and rights of many people who have similar claims are asserted and decided by the court. One or more representative plaintiffs, also known as "Plaintiffs" or "Class Representatives," file the action on their own behalf and on behalf of other people who have similar claims. The people together are a "Class" or "Class Members." The Class Representatives are called the Plaintiffs. The persons or entities they sue (in this case, Martin Sports & Entertainment, LLC, David Martin, and Theresa Martin) are called the "Defendants".

**2.     What Are The Claims And Defenses At Issue in This Class Action Lawsuit?**

Plaintiff Douglas C. Anderson is a current or former Local 11 member who filed this class action lawsuit against Defendants, Martin Sports, David Martin, and Theresa Martin ("Defendants"), for violations of Massachusetts General Laws Chapter 149, Section 148 (the "Wage Act"). He claims that Defendants violated the Wage Act when they failed to pay him and other Local 11 members for work that they performed for Martin Sports on May 9, 12, 27, and/or 29, 2019.

Defendants have denied and continue to deny that they are liable for Wage Act violations to Mr. Anderson and any other Local 11 members who performed work for Martin Sports on May 9, 12, 27, and/or 29, 2019 because ART Payroll, LLC, ("ART Payroll"), was the designated "employer of record" which had been responsible for tendering and did tender all wages due to Mr. Anderson and other Local 11 members who performed work for Martin Sports on May 9, 12, 27, and/or 29, 2019. Defendants also have asserted various other defenses to the Wage Act claims asserted by Mr. Anderson.

**3.     What Is The Current Status of the Class Action Lawsuit?**

The Court has ruled that the lawsuit can proceed as a "class action" on behalf of Local 11 members who performed work for Martin Sports on May 9, 12, 27, and/or 29, 2019. The Court also has decided that Martin Sports and David Martin are liable for Wage Act violations to Mr. Andersson and any other Local 11 member who did not receive payment from Martin Sports for work that she or he performed for Martin Sports on May 9, 12, 27, and/or 29, 2019, and that each of them is entitled to recover treble [triple] the amount of wages due for work she or he performed for Martin Sports on May 9, 12, 27, and/or 29, 2019, and reasonable attorneys' fees and costs to be determined at a later date. It has not determined whether Theresa Martin also is jointly liable for Wage Act violations.

Martin Sports and Mr. Martin have the right to file an appeal from the Court's decision after it enters a final judgment in the case. If Martin Sports and Mr. Martin decide to file an appeal and were they to prevail on appeal, there may later be a trial with respect to the Wage Act claims asserted by Mr. Anderson. If there is a trial and you participate in the class action lawsuit as a class member, you may be required to respond to written questions pertaining to your claim, to produce documents that support your claim, and to testify as a witness during a deposition or at the trial.

**4.     Who Is Included In The Class Action?**

You are included in the Class Action if you are a Local 11 member who did not receive payment from Martin Sports for work that you performed for Martin Sports on May 9, 12, 27, and/or 29, 2019. People who meet this definition will be referred to in the remainder of this Notice as "Class Members".

**5.  Who Is Class Counsel?**

The Court has approved the attorney listed below to serve a Class Counsel for all Class Members:

Gabriel O. Dumont, Jr.
BBO # 137820
Feinberg, Dumont & Brennan
177 Milk Street, Suite 300
Boston, MA 02109
(617) 338-1976
gd@fdb-law.com

Any Class Member who decides to participate in this class action lawsuit as a Class Member will be represented by Class Counsel unless the Class Member exercises her or his right to retain independent counsel.

**6.  Should I Get My Own Lawyer?**

You may if you want, but you do not need to hire your own lawyer because Class Counsel represents the Class.  For example, you can hire a lawyer to appear in Court for you if you want someone other than Class Counsel to speak for you.  If you hire your own lawyer, you will be responsible for the charges that lawyer requires you to pay for representing you.

**7.  Is There Any Money Available Now?**

There is no money available to you now if you participate in the class action lawsuit as a Class Member.  There is no guarantee that there will be any money available to you in the future if you participate in the class action lawsuit as a Class Member.

**8.  How Do I Participate In The Class Action Lawsuit?**

If you do not exercise your right to opt-out of this class action lawsuit in the manner described in Section 9 below, you will be automatically included in the Class Action.  As a Class Member, you will give up your right to bring an individual claim against any Defendant.  In

addition, any orders, final judgment, and the outcome of any appeal from a final judgment relating to the claims in the case will be binding on you whether or not these are favorable to you.

9. **How Can I Opt-Out Of The Class Action Lawsuit?**

You have the right to exclude yourself, and yourself only, from this class action lawsuit. This is also called "opting out" of the class. If you choose to exclude yourself, you will not be eligible to receive any money obtained by the Plaintiff/Class Representative as a result of a settlement of or final judgment entered in this class action lawsuit. However, you will retain the right to pursue your own claims against Defendants with lawyers of your own choice, provided you pursue those claims within certain legal deadlines. If you do exclude yourself so that you can start your own lawsuit against Defendants, you should talk to your own lawyer right away to determine any deadlines you have to meet.

If you intend to exclude yourself from this class action lawsuit, you must draft an Opt-Out Notice or letter (the "Opt-Out Letter") which states as follows:

**"I WISH TO BE EXCLUDED FROM THE CLASS ACTION LAWSUIT IN GLYNN, ET AL., V. MARTIN SPORTS & ENTERTAINMENT, LLC., ET AL., C.A. No. 19-12189-IT, IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS. I UNDERSTAND THAT BY ASKING TO BE EXCLUDED FROM THE CLASS ACTION LAWSUIT, I WILL NOT RECEIVE ANY MONEY OBTAINED IN THE CASE FROM A SETTLEMENT OR ENTRY OF A JUDGMENT."**

*You must print and sign your name on the letter.*

10. **What Is The Deadline To Opt-Out Of The Class Action Lawsuit?**

The Opt-Out Letter must be submitted to Class Counsel, whose contact information is contained in Section 5.  The deadline for submitting an Opt-Out Letter is **[Forty-five (45) days from the date the Court approves the Proposed Joint Notice to Class Members].**

11. **Where Can I get More Information About the Claims And Defenses?**

The foregoing description of the class action lawsuit is general and does not cover the specifics of all of the claims, defenses, issues, and proceedings thus far.  In order to see the complete file, you should visit the Clerk of Court for the United States District Court for Massachusetts:

> Clerk of the Court
> Boston Courthouse
> John Joseph Moakley U.S. Courthouse
> 1 Courthouse Way, Suite 2300
> Boston, MA 02210

The Clerk will make all files relating to this Class Action available to you for inspection and copying at your own expense.

**PLEASE DO NOT CALL OR WRITE THE JUDGE OR CLERK OF THE COURT.**

*By order of the United States District Court for Massachusetts*

| For the Plaintiffs, | For the Defendant, |
|---|---|
| /s/ *Gabriel O. Dumont, Jr.* | /s/ *Raymond J. Carey* |
| Gabriel O. Dumont, Jr. (BBO # 137820) | Raymond J. Carey (P33266) |
| Attorney for Plaintiffs | Attorney for Defendants |
| Feinberg, Dumont & Brennan | Gasiorek, Morgan, Greco, |
| 177 Milk Street, Suite 300 | McCauley & Kotzian, P.C. |
| Boston, MA 02109 | 30500 Northwestern Hwy, Ste 425 |
| (617) 338-1976 | Farmington Hills, MI 48334 |
| gd@fdb-law.com | (248) 865-0001 |
| | rcarey@work-lawyers.com |

## **CERTIFICATE OF SERVICE**

   I, Gabriel O. Dumont, Jr., hereby certify that this document filed through the Court's CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and copies will be sent via First-Class Mail to those identified as non-registered participants.

Dated: May 2, 2023                  */s/ Gabriel O. Dumont, Jr.*
                               Gabriel O. Dumont, Jr., Esq.