UNTIED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

|  |  |
|---|---|
| COLLEEN A. GLYNN, CHRISTOPHER P. WELLING, <br>  In their capacity as Trustees and <br>  Fiduciaries of ERISA Plans, <br><br>And <br><br>DOUGLAS C. ANDERSON, <br>  On his own behalf and on behalf <br>  of others similarly situated, <br>  Plaintiffs, <br>vs. <br><br>MARTIN SPORTS & ENTERTAINMENT, LLC, <br>DAVID MARTIN and THERESA MARTIN, <br>Defendants. | C.A. No. 19-12189-IT |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties and, by their respective counsel, request that the Honorable Court dismiss Theresa Martin from this action with prejudice and without cost or attorney fees to any party.

| **For the Plaintiffs**, | **For the Defendant**, |
|---|---|
| /s/ *Gabriel O. Dumont, Jr.* <br> Gabriel O. Dumont, Jr. (BBO # 137820) <br> Attorney for Plaintiffs <br> Feinberg, Dumont & Brennan <br> 177 Milk Street, Suite 300 <br> Boston, MA 02109 <br> (617) 338-1976 <br> gd@fdb-law.com | /s/ *Raymond J. Carey* <br> Raymond J. Carey (P33266) <br> Attorney for Defendants <br> Gasiorek, Morgan, Greco, <br> McCauley & Kotzian, P.C. <br> 30500 Northwestern Hwy, Ste 425 <br> Farmington Hills, MI 48334 <br> (248) 865-0001 <br> rcarey@work-lawyers.com |

## **CERTIFICATE OF SERVICE**

   I, Gabriel O. Dumont, Jr., hereby certify that this document filed through the Court's CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and copies will be sent via First-Class Mail to those identified as non-registered participants.

Dated:  May 2, 2023                 */s/ Gabriel O. Dumont, Jr.*
                              Gabriel O. Dumont, Jr., Esq.