## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF MASSACHUSETTS

```
**************************************************
                                              *
COLLEEN A. GLYNN, CHRISTOPHER P. WELLING,     *
        In their capacity as Trustees and     *
        Fiduciaries of ERISA Plans,           *
                                              *
And                                           *
                                              *
DOUGLAS C. ANDERSON,                          *        C.A. No. 1:19-cv-12189-IT
        On his own behalf and on behalf       *
        of others similarly situated,         *
        Plaintiffs,                           *
vs.                                           *
                                              *
MARTIN SPORTS & ENTERTAINMENT, LLC,           *
DAVID MARTIN and THERESA MARTIN,              *
Defendants.                                   *
                                              *
**************************************************
```

### PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS

Now come Plaintiffs Colleen A. Glynn, Christopher P. Welling, and Douglas C. Anderson as Class Representative and, pursuant to Federal Rules of Civil Procedure, Rules 23(h) and 54(d)(2), and as authorized by 29 U.S.C. §1132(g)(2) and Mass. Gen. Laws c. 149, §150, moves that the Honorable Court award them $45,326.25 in attorneys' fees and $1,791.49 in costs for a total of $47,117.74.

In support of their motion, Plaintiffs submit the accompanying Memorandum as well as the Affidavit of Gabriel O. Dumont, Jr.

LOCAL RULE 7.1 CERTIFICATION

Plaintiffs' and Defendants' Counsel have conferred regarding the filing of the instant motion.

For the Plaintiffs,
**COLLEEN GLYNN, CHRISTOPHER WELLING AND DOUGLAS C. ANDERSON,**
By their Attorney,

*/s/Gabriel O. Dumont, Jr.*
Gabriel O. Dumont, Jr.
BBO#137820
**FEINBERG, DUMONT & BRENNAN**
177 Milk Street, Suite 300
Boston, MA 02109
(617) 338-1976
Cell (617) 733-4804
gd@fdb-law.com

July 31, 2023

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the Court's CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and copies will be sent via email or First-Class mail to those identified as non-registered users. In addition, paper copies will be sent via First-Class mail to members of the class as required by Rule 23(a).

*/s/Gabriel O. Dumont, Jr.*
Gabriel O. Dumont, Jr.
BBO#137820

July 31, 2023