UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

**COLLEEN A. GLYNN,**
**CHRISTOPHER P. WELLING**
in their capacity as Trustees and
Fiduciaries of ERISA Plans,
and **DOUGLAS C. ANDERSON,**
on his own behalf and on behalf
of others similarly situated,

    Plaintiffs,

vs.

**MARTIN SPORTS & ENTERTAINMENT, LLC,**
**DAVID MARTIN** and **THERESA MARTIN,**

    Defendants.

Case No. 1:19-cv-12189-IT
Hon. Indira Talwani

---

## DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR ATTORNEY FEES

  Defendants, Martin Sports & Entertainment, LLC ("Martin Sports") and David Martin (collectively "Defendants"), by their counsel, in response to the motion for attorney fees filed by Plaintiffs, Collen A. Glynn and Christopher P. Welling (collectively "Plaintiffs"), with respect to their claims against Defendants in **Cause of Action One** of their Complaint for violations of sections 502 (a) (3) and 515 of the Employee Retirement Income Security Act of 1974 ("ERISA"), as amended, 29 U.S.C. §§ 1001, *et seq.*, *see* 29 U.S.C. §§1132(a)(3) and 1145, and by Plaintiff Douglas C. Anderson with respect to his claims against Defendants in **Cause of Action Two** of the Complaint for violations of Massachusetts General Laws Chapter 149, Section 148, state as follows:

  Defendants acknowledge that the total amount of the requested attorney fees and costs is reasonable. However, any Judgment or Judgments entered by the Court in this matter should include an appropriate apportionment of the total amount attorney fees and costs requested to

Plaintiffs, Glynn and Welling, with respect to their claims and to Plaintiff Anderson with respect to his claims and those of the certified class.

Notwithstanding, although Defendants acknowledge that the total amount of the requested attorney fees and costs is reasonable, such acknowledgment is made without any waiver of their rights to appeal from the Court's denial of Defendants' Motion to Dismiss [Doc. No. 14], denial of Defendants' Motion for Summary judgment [Doc. No. 54], grant of the Motion for Summary Judgment [Doc. No. 55] filed by Plaintiffs, Glynn and Welling, with respect to their claims and by Plaintiff Anderson with respect to his claims and those of the certified class, grant of Plaintiff Anderson's Motion to Certify the Class or in the Alternative to Add Forty-Three Additional Plaintiff [Doc. No. 57], and entry of any Judgment in favor of Plaintiffs, Glynn and Welling, with respect to their claims and in favor of Plaintiff Anderson with respect to his claims and those of the certified class. In this latter regard, whether Plaintiffs are entitled to recover attorney fees and costs, among other issues, shall be preserved for any appeal by either Defendant or both, but not the total amount of the attorney fees and costs requested by Plaintiffs.

Respectfully Submitted,

*/s/ Raymond J. Carey*
Raymond J. Carey (P33266)
Attorney for Defendants
Gasiorek Morgan,
30500 Northwestern Hwy, Ste 425
Farmington Hills, MI 48334
(248) 865-0001
rcarey@gmgmklaw.com

/s/John F. Welsh
John F. Welsh BBO# 522640
Armstrong Teasdale LLP
800 Boylston Street, 30th Floor
Boston, MA 02199
(617) 824-5150
jwelsh@Atllp.com

Dated: August 14, 2023

### PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served upon the attorneys of record of all parties herein at their respective addresses disclosed on the pleadings on August 14, 2023. I declare under penalty of perjury that the statement above is true to the best of my knowledge, information and belief.

By: ☐ U.S. Mail          ☐ FAX
      ☐ Hand Delivered  **X E-filing**
      ☐ Federal Express ☐ Email

Signature: _____/s/ Randi Hanlon_____