UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COLLEEN GLYNN and CHRISTOPHER P. WELLING, in their capacity as Trustees and Fiduciaries of ERISA Plans, and DOUGLAS C. ANDERSON, on his own behalf and on behalf of others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MARTIN SPORTS & ENTERTAINMENT, LLC, DAVID MARTIN, and THERESA MARTIN,<br><br>　　　　Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*  Civil Action No. 1:19-cv-12189-IT<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

JUDGMENT
September 29, 2023

TALWANI, D.J.

For the reasons set forth in the court's Memorandum and Order [Doc. No. 73], and having received no opt-outs following Notice to Class Members [Doc. No. 87], JUDGMENT IS HEREBY ENTERED:

(1) in favor of Plaintiffs Colleen Glynn and Christopher Welling, in their capacity as Trustees and Fiduciaries of certain employee benefit plans (the "Trustees"), and against Defendant Martin Sports & Entertainment, LLC ("Martin Sports") on their claim for delinquent contributions under Sections 502(a)(3) and 515 of the Employee Retirement Income Security Act of 1974, in the amount of $3,628.31 in unpaid contributions; $253.98 in interest on unpaid contributions; $725.66 in liquidated damages; for a total of $4,607.95;

(2) in favor of Plaintiff Douglas Anderson, on his own behalf and on behalf of others similarly situated, and against David Martin and Martin Sports for failure to pay wages pursuant to Mass. Gen. Laws ch. 149, §148, in the amounts listed below, plus treble damages, to be paid to class members:

- Sherwin Marcelle: $294.54
- Brendan Ritchie: $294.54
- Joseph St. Croix: $294.54
- Steven Bonarrigo: $368.17
- John C. Price: $350.61 and $368.17
- Mikaela Puopolo: $368.17
- Tracy T. Quigg: $438.26, $1,051.83, and $204.54
- Daniel R. Caplette: $662.71 and $441.81
- James B. Lavey: $662.71
- Bryan Phillips: $662.71
- Corey R. Prendergast: $662.71 and $441.81
- John Tammaro: $662.71
- Gary T. Thompson Jr.: $662.71
- Douglas C. Anderson: $441.81
- Kenneth Caruso: $441.81
- Arthur Davis: $441.81
- Susan Margaca: $441.81
- Dan Martinez: $441.81
- Brian A. Moore: $441.81 and $204.54 29
- Joseph Polish: $441.81 and $937.48
- Christopher Royle: $441.81
- David Skinner: $441.81
- Brian Weathers: $441.81
- Barry Dorion: $883.61 and $204.54
- David Hughes: $883.61
- James W. Mulrey III: $883.61
- John Nagaki-Dilazzaro: $204.54
- Bryan Salmon: $204.54
- Diana Grygo: $243.48
- Justin Brady: $528.40
- Karen O'Leary: $528.40
- James C. Crowley: $547.83
- Peter Kares: $568.12
- Jeremy Smith: $732.94
- Michael T. Quigg: $872.47
- Jeremy Ogungbadero: $937.48

The court awards Plaintiffs $45,326.25 in fees and $1,791.49 in costs in the accordance with the court's Electronic Order [Doc. No. 94].

All claims against Theresa Martin are dismissed with prejudice and without cost or attorney fees to any party pursuant to the Joint Stipulation of Dismissal [Doc. No. 82] and this court's Electronic Order [Doc. No. 83].

The case is CLOSED.

IT IS SO ORDERED.  /s/ Indira Talwani
September 29, 2023  United States District Judge